IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

MICHELLE NEMOEDE, as next friend of §
Deryn Tuz and Madison Tuz, and §
ATOYIA CLARK, as next friend of §
Randall Tuz and Damian Horn, as §
Substitute parties for §
DARREN JASON TUZ, Deceased, §
§
    Plaintiffs, §
§
v. § 2:05-CV-0129
§
MICHAEL J. ASTRUE, §
Commissioner of Social Security, §
§
    Defendant. §



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 2 2 2008
CLERK, U.S. DISTRICT COURT
By _____
    Deputy

## ORDER ADOPTING REPORT AND RECOMMENDATION, REVERSING THE DECISION OF THE COMMISSIONER, and REMANDING FOR FURTHER ADMINISTRATIVE ACTION

Came for consideration plaintiffs' appeal of the decision of the Commissioner of Social Security denying plaintiffs disability benefits. The United States Magistrate Judge entered a Report and Recommendation on September 8, 2008, recommending therein that the decision of the Commissioner be reversed and the case remanded to the Commissioner for further administrative action. No objections to the Report and Recommendation have been filed, although defendant, on September 19, 2008, gave notice that he does not object to the decision made in the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. The Report and Recommendation of the United States Magistrate Judge

is hereby ADOPTED. Accordingly, the Commissioner's administrative decision finding plaintiff not disabled is REVERSED, and the decision is REMANDED to the Commissioner for further administrative proceedings consistent with the Report and Recommendation of the Magistrate Judge, including but not limited to all action specified and recommended to be taken on remand.

IT IS SO ORDERED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

ENTERED this _22nd_ day of _September_ 2008.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE